IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOMINIC L REDDICK,

    Petitioner,

v.                                                     CASE NO. 1:10-cv-213-MP -GRJ

SECRETARY,
DEPT. OF CORRECTIONS,

    Respondents.

_____/

# O R D E R

This matter is before the Court on Doc. 17, Respondent's motion for an extension of time to respond to the Petition. Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 17, is **GRANTED.** Respondent shall respond to the Petition **on or before July 5 2011.**

2. Petitioner shall have until **August 4, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 6th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge